■ In the Matter of MAE WATTS, Petitioner, v JOSEPH A. D'ELIA, as Commissioner of the Nassau County Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of respondent D'Elia dated July 20, 1982, which, after a hearing, found petitioner guilty of misconduct and ordered her terminated from her employment with the County of Nassau. ¶ Determination confirmed and proceeding dismissed on the merits, with costs (see *Matter of Pell v Board of Educ.*, 34 NY2d 222). Mollen, P. J., Titone, Lazer and Mangano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH BANCROFT, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered April 22, 1981, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Brown, J. P., Niehoff, Rubin and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE DAWSON, Appellant. — Judgment of the County Court, Suffolk County (Campbell, J.), rendered March 19, 1982, affirmed. ¶ Although the County Court made certain errors, they were either harmless or unpreserved, and we decline to exercise our interest of justice jurisdiction. Lazer, J. P., Gibbons, Bracken and Lawrence, JJ., concur.